Grant v 1137 E. 223rd Corp (2023 NY Slip Op 05687)

Grant v 1137 E. 223rd Corp

2023 NY Slip Op 05687

Decided on November 14, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 14, 2023

Before: Manzanet-Daniels, J.P., Oing, Scarpulla, Rodriguez, Higgitt, JJ. 

Index No. 27619/18 Appeal No. 1014 Case No. 2022-05188 

[*1]Mushtaq Grant, Plaintiff-Respondent,
v
1137 E. 223rd Corp Doing Business as Faith Christian Academy, Defendant-Appellant, Envisiion Design & Construction LLC et al., Defendants.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Andrew J. Cohen, J.), entered on or about November 02, 2022,
And said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated October 18, 2023,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: November 14, 2023